**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

JAMES BUNYAN HINSON,

     Plaintiff,

vs.

QUIKTRIP STORE #1028, QUIKTRIP
CORPORATION,

     Defendant.

<u>**NOTICE OF REMOVAL**</u>

Please take notice that Defendant, QuikTrip Corporation ("QT"), pursuant to 28 U.S.C. §1441, et seq., hereby gives Notice of Removal of this action from the Superior Court Division, Mecklenburg County, North Carolina to the United States District Court for the Western District of North Carolina. In support of this Notice of Removal, Defendant respectfully shows this Court that:

1. QT is a defendant in a civil action filed on August 21, 2024, in the Superior Court Division, Mecklenburg County, under Case No. 24CV038968-590 (the "Action"). (See Exhibit 1). Plaintiff served Defendant with the lawsuit on September 6, 2024. (See Exhibit 1).

2. Exhibit 1 attached to this Notice constitutes all pleadings filed with the Mecklenburg County Clerk of Court in this civil action.

3. The Complaint asserts a state law cause of action for negligence. The Complaint itself does not contain an allegation for any specific monetary relief sought; however, Plaintiff's counsel sent an email acknowledging the amount in controversy to be more than $75,000 on September 9, 2024. (See Exhibit 2).

4. The Court has subject matter jurisdiction of this Action pursuant to 28 U.S.C § 1332 because this lawsuit involves citizens of different states. Plaintiff alleges he is a citizen and resident of the State of South Carolina. QT is a corporation organized under the laws of the State of Oklahoma with its principal place of business located in Oklahoma and is therefore a citizen of the State of Oklahoma. As a result, there is complete diversity of citizenship, and the action is properly removable to this Court.

5. Removal of this Action is proper under 28 U.S.C § 1441 because the Court would have had jurisdiction if this Action had originally been brought in the United States District Court for the District of North Carolina.

6. Removal is timely under 28 U.S.C § 1446(b), because less than thirty (30) days have elapsed since QT was properly served with the lawsuit and/or another document showing the amount in controversy to be greater than $75,00. See Smith v. Kelso, 2020 U.S. Dist. Lexis 67380 (D.S.C., April 16, 2020)("… under §1446(b)(1) a defendant has 30 days to remove an action from the time proper service is effected.") citing Murphy Bros. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 119 S.Ct. 1322 (1999).

WHEREFORE, QT hereby gives Notice of Removal of the Action now pending in the Superior Court Division, Mecklenburg County, to the United States District Court for the Western of North Carolina and prays that this Court assume jurisdiction of the Action and make such other and further Orders as may be necessary to further the ends of justice.

This the 24th day of September, 2024.

s/Brett Dressler
D.S.C. FED ID# 10333
301 S McDowell Street, Suite 410
Charlotte NC 28204
Phone: 704-377-5050
bdressler@sellersayers.com

*QT's Lawyer*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing QT's Notice of Removal has this day been served on counsel for Plaintiff via ECF:

> J. Dwight Hudson
> Hudson & Graham
> PO Box 70218
> Myrtle Beach, SC 29572
> Via Email: hudsonlaw@hudsonlawoffice.com
> *Attorney for Plaintiff*

This the 24th day of September, 2024.

s/Brett Dressler