IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:24-cv-00860

JAMES BUNYAN HINSON,

Plaintiff,

vs.

QUIKTRIP STORE #1028, QUIKTRIP CORPORATION,

Defendant.

**ANSWER**

**(JURY DEMANDED)**

Comes now, Defendant QUIKTRIP (QT), and answers the allegations in Plaintiff's Complaint by paragraph number as follows:

1. Admitted.

2. Admitted.

3. QT admits Plaintiff was a customer at its store on September 25, 2021 at approximately noon. QT denies the remainder of the allegations in paragraph 3 for lack of information.

4. QT denies paragraph 4 and all subparts.

5. QT denies paragraph 5.

### Affirmative Defenses

### Contributory negligence

Plaintiff's claim is barred under the doctrine of contributory negligence. The substance in the parking lot at issue was plainly visible. Plaintiff failed to exercise reasonable caution for his own safety and is therefore not entitled to recover from QT.

### Open and Obvious Condition

Plaintiff's claim is barred under the open and obvious doctrine. The substance in the parking was an open and obvious condition. QT had no legal duty to warn Plaintiff of the condition.

### PRAYER FOR RELIEF

QT prays for the following relief:

1. A trial by jury;
2. That Plaintiff take nothing from Defendant;
3. For taxable court costs as allowed by law;
4. Any other relief to which the Court may determine QT is entitled.

This the 16th day of October, 2024.

/s/Brett Dressler

Sellers, Ayers, Dortch & Lyons, PA
301 S. McDowell Street, Ste. 410
Charlotte, NC  28204
Telephone:  704-377-5050
Facsimile:   704-339-0172
EMAIL:  bdressler@sellersayers.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **ANSWER** has this day been served as noted below, using the electronic filing system, which will send a Notice of Filing to all parties and counsel of record:

J. Dwight Hudson
Hudson & Graham
PO Box 70218
Myrtle Beach, SC  29572
Via Email:  hudsonlaw@hudsonlawoffice.com
*Attorney for Plaintiff*

This the 16th day of October, 2024.

/s/Brett Dressler